ACCEPTED
04-25-00316-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/23/2025 1:39 PM

**Chief Justice**
SCOTT BRISTER

**Justices**
SCOTT FIELD
APRIL FARRIS



**Clerk**
CHRISTOPHER A. PRINE
Phone: 512-463-1610

www.txcourts.gov/15thcoa

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/23/2025 1:39:53 PM
CAITLIN A. MCCAMISH
Clerk of Court

# Fifteenth Court of Appeals

P.O. Box 12852,
Austin, Texas 78711

June 23, 2025

The Honorable Caitlyn A. McCamish, Clerk             via EFILE Texas
Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

RE: Court of Appeals Number:     04-25-00316-CV

Trial Court Case Number:        2023-0279-CIV

Style:   Texas Association of School Boards Risk Management Fund v. Southwest
         Texas Junior College

Dear Ms. McCamish:

    The Fifteenth Court of Appeals agrees with the Fourth Court's recommendation that this matter should be transferred to this Court as set forth in Texas Rule of Appellate Procedure 27a(c)(2).

    Please let me know if you need any additional information.

                    Sincerely,

                    _____
                    Christopher A. Prine, Clerk

cc:    Counsel of Record – via EFILE Texas

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 102305487
Filing Code Description: Letter
Filing Description: TRAP 27a Response Letter
Status as of 6/23/2025 1:49 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Barry Abrams | | barry.abrams@blankrome.com | 6/23/2025 1:39:53 PM | SENT |
| Jack Higdon | | jack.higdon@blankrome.com | 6/23/2025 1:39:53 PM | SENT |
| Joshua Huber | | josh.huber@blankrome.com | 6/23/2025 1:39:53 PM | SENT |
| Amy Easley | | aeasley@dcclawfirm.com | 6/23/2025 1:39:53 PM | SENT |
| Penny Johnson | | penny.johnson@blankrome.com | 6/23/2025 1:39:53 PM | SENT |
| Liniuse Umunna | | Liniuse.Umunna@blankrome.com | 6/23/2025 1:39:53 PM | SENT |
| Noorhan Chahal | | noorhan.chahal@blankrome.com | 6/23/2025 1:39:53 PM | SENT |
| Preston J.Dugas III | | pdugas@dcclawfirm.com | 6/23/2025 1:39:53 PM | SENT |
| Vincent P. Circelli | | vcircelli@dcclawfirm.com | 6/23/2025 1:39:53 PM | SENT |
| Andrew D. Spadoni | | aspadoni@dcclawfirm.com | 6/23/2025 1:39:53 PM | SENT |
| Jennifer Saenz | | jsaenz@dcclawfirm.com | 6/23/2025 1:39:53 PM | SENT |
| Sarah Arroyo | | sarroyo@dcclawfirm.com | 6/23/2025 1:39:53 PM | SENT |
| Yvette Manzano | | yvette.manzano@blankrome.com | 6/23/2025 1:39:53 PM | SENT |
| Gregory J.Moore | | Greg.Moore@BlankRome.com | 6/23/2025 1:39:53 PM | SENT |
| Christopher W.Caudill | | Christopher.Caudill@BlankRome.com | 6/23/2025 1:39:53 PM | SENT |